## First District.

Heritage Coal Company, appellee, v. Augusta Dreves, appellant. Gen. No. 37,367.

Opinion filed November 27, 1934. Rehearing denied December 19, 1934.

Samuel E. Davidson, for appellant. Rubenstein & Rubenstein, for appellee; Walter Monarch, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.